COMMONWEALTH of Pennsylvania,
Respondent,

v.

**John LUDOVICI, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 27, 2000.

*ORDER*

PER CURIAM:

**AND NOW,** this 27th day of September, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED** on the basis of *Commonwealth v. Randolph,* 553 Pa. 224, 718 A.2d 1242 (1998) and *Commonwealth v. Forbes,* 450 Pa. 185, 299 A.2d 268 (1973), and the matter remanded to the trial court for the entry of an order granting Petitioner's Motion to withdraw his guilty plea.

James McCUTCHEON and Geraldine
McCutcheon

v.

PHILADELPHIA ELECTRIC COMPA-
NY and Robert E. Lamb, Inc. and
D.N.B. Mechanical Systems, Inc. and
J.L. Sutch Construction Co., Inc.

Petition of D.N.B. Mechanical
Systems, Inc.

Cross Petitioner: Philadelphia
Electric Company.

Supreme Court of Pennsylvania.

Sept. 27, 2000.

*ORDER*

PER CURIAM:

AND NOW this 27th day of September, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the Superior Court erred in failing to consider issues raised on appeal which would afford appellants the greatest relief?

The Cross Petition of Philadelphia Electric Company is hereby Denied.